UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61730-CIV-HURLEY

ALISSA LEVIN, et al.,
    Plaintiffs,

v.

LEVANS, INC. d/b/a CHEEBURGER CHEEBURGER,
JEFFREY EVANS and
HOWARD A. LEVINE,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS AGAINST DEFENDANTS LEVANS, INC. AND HOWARD A. LEVINE

**THIS CAUSE** is before the court upon plaintiffs' motion for attorneys' fees and costs [DE# 36]. This matter was previously referred to United States Magistrate Judge James Hopkins pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition. On March 15, 2010, Magistrate Judge Hopkins filed a Report and Recommendation upon the motion. [DE # 51]. On March 29, 2010, defendant Howard A. Levine filed objections to the report [DE# 52] and on April 13, 2010 the plaintiffs filed their response to the defendant's objections [DE# 53].

Having reviewed the Magistrate Judge's report and recommendation, and provided *de novo* review as to those portions of the report to which objection has been lodged, the court concludes that the resolution of the issues as recommended by Magistrate Judge Hopkins is sound and well-reasoned, and accordingly will adopt that recommendation here the court finds the resolution of

1

Case No.: 08-61730-CIV-HURLEY
Order Adopting Magistrate's Report and Recommendation

the issues as recommended by Magistrate Judge Hopkins to be sound and well-reasoned and accordingly will adopt them here.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. Magistrate Judge Hopkins March 15, 2010 report and recommendation [DE # 51] is **ADOPTED** and **INCORPORATED** in full.

2. The plaintiffs' motion for attorneys' fees and costs [ DE# 34] is **GRANTED**. It is accordingly **ADJUDGED** that plaintiffs **ALISSA LEVIN, KENEL APPLYS, EDWARD CORBETT, ALLISON MENDEL, MICHAEL NAIL, NAZIE MOHI, FEDELE VESPA, TYLER WILLIAM and RICHARD BLOOM** shall recover attorneys' fees and costs in the total sum of **$25,890.00** from the defendants, **LEVANS, INC. and HOWARD A. LEVINE**, jointly and severally, which sum shall bear interest at the rate prescribed by 28 U.S.C. § 1961 from this date, for which let execution issue.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___ day of April, 2010.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

all counsel

2